W. MICHAEL HENSLEY (CA Bar No. 90437)
mhensley@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
HOUSER & SKEHAN, INC. DBA BOURBON STREET BAR AND GRILL, erroneously sued as HOUSER & SHEHAN, INC. DBA BOURBON STREET BAR AND GRILL

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PHOENIX ENTERTAINMENT PARTNERS, LLC,

Plaintiff,

v.

HOUSER & SHEHAN, INC dba BOURBON STREET BAR & GRILL; DDM ENTERPRISES, LLC dba LOS CANTINA; and DALE EVAN PAGAY dba MUSIC AND MEMORIES,

Defendants.

**CASE NO.:** 8:17-cv-00035-JVS -DFM

**JUDGE:** Judge James V. Selna

**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

**ACTION FILED:** January 9, 2017

IT IS HEREBY STIPULATED by plaintiff Phoenix Entertainment Partners, LLC ("Plaintiff") and defendant Houser & Skehan, Inc. dba Bourbon Street Bar and Grill ("Defendant"), erroneously sued as Houser & Shehan, Inc. dba Bourbon Street Bar and Grill, by and through their respective counsel as follows:

1. Defendant's deadline to respond to Plaintiff's Complaint within twenty-one (21) days of service of the summons and Complaint is March 24, 2017.

///

///

2. Plaintiff agrees to extend Defendant's time to respond to the Complaint for twenty-one (21) days from March 24, 2017 to **April 14, 2017**.

DATED: March 17, 2017

ALVARADOSMITH
A Professional Corporation

By: /s/Jacob M. Clark
W. MICHAEL HENSLEY
JACOB M. CLARK
Attorneys for Defendant
HOUSER & SKEHAN, INC. DBA BOURBON STREET BAR AND GRILL, erroneously sued as HOUSER & SHEHAN, INC. DBA BOURBON STREET BAR AND GRILL

DATED: March 17, 2017

ARIC N. WILLIAMS

By: /s/Aric N. Williams
ARIC N. WILLIAMS
Attorneys for Plaintiff
PHOENIX ENTERTAINMENT PARTNERS. LLC

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
Phoenix Entertainment Partners, LLC v. Houser & Shehan, Inc., et al.
Case No. 8:17-cv-00035-JVS-DFM

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707**.

On March 20, 2017, I served the foregoing document described as **STIPULATION TO EXTEND DEADLINE TO RESPONSE TO PLAINTIFF'S COMPLAINT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed in the Service List.

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 20, 2017, at Santa Ana, California.

Christie Noble
CHRISTIE NOBLE

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

**SERVICE LIST**
Phoenix Entertainment Partners, LLC v. Houser & Shehan, Inc., et al.
8:17-cv-00035-JVS-DFM

Aric N. Williams
Law Office of Aric N. Williams
5435 Hilcrest Drive
Los Angeles, CA 90043

Tel: 305.766.0219
Fax: 305.440.0906

Attorney for Plaintiffs

Aric N. Williams
Law Office of Aric N. Williams
14 NE 1st Ave., Ste. 200
Miami FL, 33132